No. 72–5810. MELLER v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 72–5807. MARSHALL v. HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 72–5814. ANDERSON v. SCHOENY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–5817. BURROUGHS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–5818. ACRES v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 72–5821. PERONDI ET AL. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–5822. VORT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–5825. MAGEE v. CLOVIN, JUDGE, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 72–5826. FARROW v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 72–5827. ALEXANDER v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–5832. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–5834. HARLING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–5837. GUZMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.